**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Stephen M. Doniger SBN 179314/ Scott Burroughs SBN 235718<br>DONIGER/BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>TELEPHONE NO.: 310-590-1820   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* stephen@donigerlawfirm.com, scott@donigerlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff | **FOR COURT USE ONLY** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 350 W. 1st Street<br>MAILING ADDRESS: 350 W. 1st Street<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: USDC-Central | |
| PLAINTIFF/PETITIONER: Universal Dyeing & Printing, Inc.<br>DEFENDANT/RESPONDENT: Meetu Magic, Inc.; et al. | CASE NUMBER:<br>2:17-cv-03899-MWF-KS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   AVENUE STORES, LLC, a New Jersey limited liability company

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Person Authorized to Accept

4. Address where the party was served:
   365 W Passaic Street Suite 230, Rochelle Park, NJ 07662

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Universal Dyeing & Printing, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Meetu Magic, Inc.; et al. | 2:17-cv-03899-MWF-KS |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 6/5/2017      (2) from *(city):* Venice, CA

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [✓] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [✓] On behalf of *(specify):*  AVENUE STORES, LLC, a New Jersey limited liability company
    under the following Code of Civil Procedure section:

      [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [✓] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                                        [ ] other:

7. **Person who served papers**
  a. Name: Erin Kurth
  b. Address: 603 Rose Avenue, Venice, CA 90291
  c. Telephone number: 310-590-1820
  d. **The fee** for service was: $ 0
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 7/19/2017

Erin Kurth                                           ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)

**UNITED STATES POSTAL SERVICE**

Date: June 13, 2017

Simple Certified:

The following is in response to your June 13, 2017 request for delivery information on your Certified Mail™/RRE item number 9414810699945023448277.  The delivery record shows that this item was delivered on June 13, 2017 at 10:13 am in SADDLE BROOK, NJ  07663. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

> AVENUE STORES
> AVENUE STORES
> 365 West Passaic Street
> Suite 230
> Rochelle Park, nj 07662
> Reference #: Universal v. Meetu_S&C_Service_3899