JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MEETU MAGIC, INC., *et al.*,<br><br>Defendant. | Case No.: CV17-3899-MWF (KSx)<br><u>Hon. Michael W. Fitzgerald Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: April 16, 2018     By: _____
                          Hon. Michael W. Fitzgerald
                          United States District Judge